# United States District Court, Northern District of Illinois

*MHW*

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 3621 | **DATE** | 5/26/2009 |
| **CASE TITLE** | SCHAGRINGAS CO. vs. BP PRODUCTS NORTH AMERICA, INC, ET AL | | |

**DOCKET ENTRY TEXT**

Enter final order and judgment.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|